IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| O'BRIEN | : | 02-4535 |
| GOINS, et al. | : | 02-4581 |
| AMBROSI | : | 02-4805 |
| ANDERSON, et al. | : | 02-4880 |
| BISHOP, et al. | : | 02-4915 |
| GATCH, et al. | : | 02-4985 |
| FOSSAIT, et al. | : | 02-5014 |
| GARCIA, et al. | : | 02-5053 |
| FOWLER, et al. | : | 02-5087 |
| WILKINS, et al. | : | 02-5136 |
| WILSON, et al. | : | 02-5139 |
| VANDERPOOL, et al. | : | 02-5187 |
| YOUNGBLOOD | : | 02-5206 |
| MEADOWS, et al. | : | 02-5263 |
| CERVANTES | : | 02-5304 |
| CATES, et al. | : | 02-5353 |
| STEWARD | : | 02-5404 |
| RIVERA | : | 02-5437 |
| HAMILTON, et al. | : | 02-5607 |
| MAIER, et al. | : | 02-5650 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

# **O R D E R**

**AND NOW,** this           day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[     ]    -    Order staying these proceedings pending disposition of a related action.

[     ]    -    Order staying these proceedings pending determination of arbitration proceedings.

|      |     |                                                                                                                                                                      |
|------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| [  ] | -   | Interlocutory appeal filed.                                                                                                                                          |
| [ X ]| -   | Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>. |

It is

    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Charles R. Weiner, Judge**
